AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                                    District of   Massachusetts

Comdec Incorporated

V.

Benjamin Adner,
d/b/a Inkcups Now

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11300 WGY

TO: (Name and address of Defendant)   Benjamin Adner d/b/a Inkcups Now,
20 Locust Street, Suite 104
Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bethany J. Raffa, Esq.
Law Office of Mark L. Janos
6 Harris Street
Newburyport, MA 01950

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                        JUN 1 4 2004
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　　Date　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　Address of Server

Essex County Sheriff's Department • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 24, 2004

I hereby certify and return that on 6/22/2004 at 08:50 am I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering in hand to Benjamin Adner dba Inkcups Now at 20 Locust Street, Suite 104, Danvers, MA. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

　　　　　　　　　　　　　　　　　　　　　　Deputy Sheriff

Deputy Sheriff Chester Kozlosky