UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Comdec Incorporated,<br>  Plaintiff | )<br>)<br>)<br>) | |
| vs. | ) | CIVIL ACTION NO. 04-11300WGY |
| | )<br>) | |
| Benjamin Adner, d/b/a<br>  Inkcups Now,<br>    Defendant | )<br>)<br>) | |

## STIPULATION OF VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to the provisions of Fed. R. Civ. P., Rule 41(a)(1)(i), the Plaintiff, Comdec Incorporated, discontinues the above-entitled action and dismisses the complaint against the Defendant, Benjamin Adner, d/b/a Inkcups Now, with prejudice.

Notice Under Rule 77 Waived.

                                                            Respectfully submitted,
                                                            Comdec Incorporated
                                                            by its attorney,


Dated: November 4, 2004                                     Bethany J. Raffa, Esq.
                                                            Law Office of Mark L. Janos
                                                            6 Harris Street
                                                            Newburyport, MA 01950
                                                            (978) 465-2043
                                                            BBO #652562